UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN SLOAN,                           :        CIVIL ACTION
                    Plaintiff,        :
                                      :
          v.                          :        2:14-cv-3420
                                      :
TRANS UNION, LLC, ET AL.,             :
                    Defendants.       :

### NOTICE OF SCHEDULING OF INITIAL F.R.CIV.P. NO. 16 PRE-TRIAL CONFERENCE

An initial F.R.Civ.P. No. 16 pretrial conference has been scheduled before Judge Joseph F.

Leeson, Jr. in the above-captioned case.  The conference will be held at the Edward N. Cahn Courthouse

and Federal Building, Courtroom C, Third Floor, 504 West Hamilton Street, Allentown, Pennsylvania

18101 on **Wednesday, April 1, 2015** at **9:30 a.m.**

A copy of the Policies and Procedures for Judge Leeson is available on the court's website at

https://www.paed.uscourts.gov.  Prior to the initial pretrial conference, the parties are directed to confer

and prepare a joint report pursuant to Federal Rule of Civil Procedure 26(f).  This joint report is to be

faxed to chambers at 610-821-1481 no later than three days prior to the conference.  Requests to

reschedule this conference are strongly discouraged, and the conference will only be rescheduled when

compelling circumstances so require.


                              BY THE COURT:

                              By:/s/ Diane J. Abeles_____
                                    Diane J. Abeles, Civil Deputy Clerk
                                    The Honorable Joseph F. Leeson, Jr.
                                    Diane_J_Abeles@paed.uscourts.gov
                                    610-391-7020


Dated:  February 26, 2015